390 A.2d 288

Breuninger, et al., Appellants, v. Bye et al.

Argued March 21, 1978. Dennis L. Friedman, with him Leon W. Silverman, for appellants; Alan Greenberg, for appellees.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.